## In re McGAREY.

(Supreme Court, Appellate Division, Second Department. March 19, 1915.)

1. ATTORNEY AND CLIENT ☞4—ADMISSION OF ATTORNEY TO PRACTICE—RULES OF COURT.

Under the rules for admission to the bar, requiring engagement in practical office work during usual business hours for one year, the applicant could not make up such a year of clerkship by aggregating several successive summer vacations at work while in law school.

[Ed. Note.—For other cases, see Attorney and Client, Cent. Dig. §§ 4–9; Dec. Dig. ☞4.]

2. ATTORNEY AND CLIENT ☞4—ADMISSION OF ATTORNEY TO PRACTICE—RULES OF COURT.

Where an applicant for admission to the bar worked in a law office as a clerk during his last year in law school, such employment was not a compliance with the rules of court requiring a law clerkship at practical office work during usual business hours, since the law school attendance broke into such business hours.

[Ed. Note.—For other cases, see Attorney and Client, Cent. Dig. §§ 4–9; Dec. Dig. ☞4.]

Application by Francis D. M. McGarey for admission to the bar. Denied.

Argued before JENKS, P. J., and BURR, CARR, RICH, and PUTNAM, JJ.

Francis D. M. McGarey, in pro. per.

PER CURIAM. [1, 2] The rules for admission to the bar rigidly require a law clerkship engaged in practical office work during the usual business hours of the day. Rule 7. This must be continuous for one year. Rule 3. Valuable as are law school studies, this prescribed law clerkship is indispensable. Applicant would make up the year of clerkship by counting successive summer vacations of the law school, but such computation fails to make a continuous year. If, in the alternative, the applicant waives his last year at the law school, that time cannot be counted as a law clerkship, since the law school attendance breaks into the usual business hours of the day, and the same time cannot be duplicated except in school vacations. Rule 5.

Application therefore denied, with leave to renew after the expiration of a continuous year of law clerkship.

---

☞For other cases see same topic & KEY-NUMBER in all Key-Numbered Digests & Indexes